No. 94–148. GOMEZ ET AL. *v.* HOUSING AUTHORITY OF CITY OF EL PASO ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–150. BOWLES *v.* DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 94–151. ILLINOIS *v.* PAGE BOOKS, INC., DBA BACHELOR'S LIBRARY ADULT BOOKSTORE. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 94–152. OTIS ET AL. *v.* CHICAGO & NORTH WESTERN TRANSPORTATION CO. Sup. Ct. Iowa. Certiorari denied.

No. 94–153. COMMERCIAL UNION ASSURANCE CO., PLC, ET AL. *v.* MILKEN ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–154. MEMBERS OF THE CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD ET AL. *v.* COMMITTEE TO SAVE THE MOKELUMNE RIVER. C. A. 9th Cir. Certiorari denied.

No. 94–155. EZEOKE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–156. DIGIRLAMO *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–157. WITTER ET UX. *v.* NESBIT. Ct. App. Tenn. Certiorari denied.

No. 94–159. O'BRIEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–163. KANSAS *v.* VALENZUELA. Ct. App. Kan. Certiorari denied.

No. 94–164. MADISON COUNTY FISCAL COURT ET AL. *v.* HORN, BY HIS LIMITED CONSERVATOR, PARKS. C. A. 6th Cir. Certiorari denied.

No. 94–165. SRINIVASAN *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY (RIO HONDO COMMUNITY COLLEGE DIS-